IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  09-cv-02155-JLK

MARLENA GRABCZYK,

    Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES:**

| For Plaintiff: | For Defendant: |
|---|---|
| ANN J. ATKINSON<br>Attorney at Law<br>7960 S. Ireland Way<br>Aurora, CO 80016-1904<br>Tele: 303-680-1881<br>Fax: 303-680-7891<br>**AtkinsonAJ@aol.com** | DAVID M. GAOUETTE,<br>Acting United States Attorney<br>District of Colorado<br><br>KEVIN TRASKOS,<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>1225 - 17th St., #700<br>Denver, CO 80202<br>Tele: 303-844-7278<br>Fax: 303-844-0770<br>**Kevin.traskos@usdoj.gov**<br><br>THOMAS KRAUS,<br>Special Assistant U.S. Attorney<br>1961 Stout St., #1001A<br>Denver, CO 80294<br>303-844-0017<br>**tom.kraus@ssa.gov** |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    **A. Date Complaint was filed:** September 9, 2009

    **B. Date Complaint was served on U.S. Attorney's office:** September 16, 2009.

    **C. Date Answer and Administrative Record were filed:** November 16, 2009.

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD:**

The Administrative Record appears to be complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**.

There are no unusual claims or defenses in this case.

**7. OTHER MATTERS**

There are no other matters to bring to the Court's attention.

**8. BRIEFING SCHEDULE**

**A.**   **Plaintiff's Opening Brief due:**    January 11, 2010

**B.**   **Defendant's Response Brief due:**   February 19, 2010

**C.**   **Plaintiff's Reply Brief (if any) due:**   March 5, 2010

**9. STATEMENTS REGARDING ORAL ARGUMENT**

**A.    Plaintiff's statement**:

Plaintiff does not request oral argument.

**B.    Defendant's statement**

Defendant does not request oral argument.

## 10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

**A.**
**(  )   All parties have consented to the exercise of jurisdiction by a United States Magistrate Judge.**

**B.**
**( X )  All parties have NOT consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11.  OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEY'S OF RECORD, AND ALL *PRO SE* PARTIES.

## 12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>*.

DATED:  December 9, 2009

                                        BY THE COURT:

                                         *s/John L. Kane*
                                        U.S. DISTRICT COURT JUDGE

APPROVED:
UNITED STATES ATTORNEY
/s *Ann J. Atkinson*                                           s/*Thomas Kraus*
 Ann J. Atkinson, Attorney at Law            By: Thomas Kraus, Esq.
7960 South Ireland Way                              Special Assistant U.S. Attorney
Aurora, CO 80016-1904                              1961 Stout Street, #1001
Tele: 303-680-1881                                       Denver, CO 80294
Fax: 303-680-7891                                        Tele: 303-844-0017
Email: **AtkinsonAJ@aol.com**                 Fax: 303-844-0770
                                                                       Email: **tom.kraus@ssa.gov**