UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-02155-WYD

MARLENA GRABCZYK,

   Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

   Defendant.

## ORDER

THIS MATTER is before the Court on Defendant's Motion for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act filed October 25, 2010.  The motion asserts that the parties have agreed to a compromise settlement of Plaintiff's request for attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).  Specifically, the parties agree that Plaintiff receive a total EAJA award of $4,250.00, which is without prejudice to Plaintiff's attorney's right to seek attorney fees pursuant to section 206(b) of the Social Security Act, 42 U.S.C. § 406(b).

The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that Defendant's Motion for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act (ECF No. 18) is **GRANTED**.  In accordance therewith, Defendant is ordered to pay the amount of $4,250.00.  Payment shall be made payable to Plaintiff and delivered to Plaintiff's attorney.

Dated November 8, 2010

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Chief United States District Judge